**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Jesus ISLAS–SAUCEDO, Defendant–Appellant.**

**No. 13–41324**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 4, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jesus Islas–Saucedo raises an argument that he concedes is foreclosed by *United States v. Morales–Mota,* 704 F.3d 410, 412 (5th Cir.), *cert. denied,* —— U.S. ——, 133 S.Ct. 2374, 185 L.Ed.2d 1091 (2013). In *Morales–Mota,* 704 F.3d at 412, this court rejected the argument that the Texas offense of "burglary of a habitation"

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is broader than the generic, contemporary definition of "burglary of a dwelling" under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because it defines the "owner" of a habitation as a person with a "greater right to possession of the property than the actor." Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.